**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6863**

———————

ALI SHAHEED, Minister, Muhammad Temple of
Islam No. 24; CURTIS PRICE; IVAN MALLORY;
TERRANCE HICKS; RACHMAN FARRAKAN; MICHAEL
DAVIS,

                             Plaintiffs - Appellants,

      and

RAKIM SALAAM EL-AMIN; IVAN WOOLFOLK; LARRY
JAMES,

                                    Plaintiffs,

      versus

ANDREW J. WINSTON, Sheriff; MICHELLE MITCHELL,
Sheriff-Elect,

                         Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-93-867-3)

———————

Submitted:  March 31, 1998          Decided:  August 27, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Sa'ad El-Amin, EL-AMIN & CRAWFORD, Richmond, Virginia, for Appellants. Sarah Jane Chittom, SHUFORD, RUBIN & GIBNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's judgment in favor of Appellees in their civil rights action alleging violations of the Free Exercise Clause and the Equal Protection Clause. We affirm.

Because Appellants challenge only the district court's factual findings, and not its application of law, our review is limited to clear error. See Fed. R. Civ. P. 52(a); Davis v. Food Lion, 792 F.2d 1274, 1277 (4th Cir. 1986). We conclude that each of the challenged findings is supported by the record and find no clear error. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED